Enrich Jacobs on behalf of the appellant here. And, Your Honor, I also have the pleasure this morning to introduce you to my associate attorney, Mr. Greg Stoltz. And this is his first appearance before this Court. Welcome. I'll go ahead and ask to reserve. I intend to reserve three minutes for my rebuttal. Okay. Keep track of your time, if you will, counsel. I'll try to help you. I will. Thank you, Your Honor. Your Honor, disposition unknown is how the United States Department of Probations had characterized the offense for which the defendant received a 16-level enhancement. That was the very first indication that we even had on the pretrial report. The New Jersey court proceedings regarding that matter, Mr. Juan Alberto Mendez-Sosa, were never concluded, and thus no legal conviction ever resulted from these proceedings. The United States Sentencing Guideline provision is silent, in fact, as to the issue in question as to when in the criminal procedure a conviction actually occurs. But virtually every other source of information that speaks to this question yields the same answer. Conviction occurs upon the entry of judgment and pronouncement of sentence. This answer is found in resources from the United States Code, which we cite at Title VIII, all the way to the hallowed tome of last resort, the Black's Law Dictionary, which cites the U.S. Code at Title XVIII, and which, again, speaks of final judgment. Don't the sentencing guidelines, though, treat a guilty plea as a conviction whether or not there's been a sentence? Your Honor, the Chapter 2 of the Sentencing Guideline refers the reader to Chapter 4, where it does talk about this subject, and there's this hanging paragraph in the comment that talks about convictive and offense for this purpose means. But the word used here, Your Honor, is established. And our position is very simply that it's established such as by, well, at least established, comma, by a guilty plea. Your Honor, I don't read it that way. We read that it's established, and it may be the product of, among other things in the process, a guilty plea. But to us, it's a very, very important distinction, because in between the time of the can occur which can and do change the outcome of cases. And to give a brief example, I very recently had a case where the government dismissed a case after my client had entered his plea of guilt. No conviction resulted. They did this for their own prosecutorial purposes. So there are protections to a defendant that occur after his entry of a plea of guilt. And, in fact, a court may, and they often and they sometimes do, reject a plea for reasons of their own. So to regard an entry of a plea as being a conviction for such a matter as this, for a matter of this gravity, is unjust. And it's contrary to every other source that we would look to other than this comment, this hanging comment in the U.S. Sentencing Guidelines, which is propounded, Your Honor, by a appointed panel of judges and is here opposite to the statutory law written by the elected members of the United States Congress. How is it opposite to? Well, Judge, if we look to the Title VIII site that we bring forth in our argument, we see that it's an and, an entry of judgment and sentence there. That's very different than if we were to read this hanging paragraph as simply stating that a guilty plea was sufficient to establish a conviction. It's a very different problem. To a slightly different context, but which may be analogous in the immigration context. In the U.S. Sentencing Guidelines, Section 4A1.2A4, the provision in question goes on to define convicted of an offense as, and I quote, that the guilt of the defendant has been established, whether by guilty plea, trial, or plea of nolo contendere. What comment do you have on that? And, Your Honor, that would be the same comment, which is to say that there's a mechanism here which includes these facts. In other words, that there is no distinction as a guilty plea that is arrived at by means of a or a judgment of guilt that's arrived at by means of a plea or by a trial or by some other means. But, again, it has to be final judgment. And there is nothing in the ---- portion of the Guidelines defines, in quotes, convicted of an offense, and then goes on to refer to those three things I mentioned, one of which is a guilty plea. So at least for purposes of the Sentencing Guidelines in that section, a person is convicted of an offense if he or she makes a guilty plea or enters a guilty plea. To the extent that this is true for this purpose, the purpose for which we're here today, if the Court should find that this hanging paragraph means that the entry of a plea of guilt means a prior conviction for purposes of sentencing, we would respectfully submit that this Court needs to defer to the United States code for that definition, where that definition is set forth by Congress. The ---- Kennedy, your contention is that that definition is found where? This ---- our definition is found in Title VIII, where we've cited, Your Honor. It's 8 U.S. Code what? I apologize, Judge. I'll go ahead and find the site. It's set forth in our brief. I believe it's 1101 is where we believe it is. It must be a subsection of that. Yeah. It's ---- I believe it's paragraph, subparagraph 48. It's somewhat far down there. I think you cite A2, 48A2. But we're applying the sentencing guidelines here, right? And don't we use the sentencing guidelines to interpret the sentencing guidelines? Why should we start looking around the United States code instead for a definition when what we're doing is applying the sentencing guidelines? What I did, Your Honor, was to look to this Pimentel decision, which the government cites, which talks about each definition working well within its own sphere. However, here we have a matter of such gravity that to permit the U.S. sentencing guideline to reach results and conclusions so at odds with ordinary ---- even ordinary definitions of the term conviction is unjust in the end. And I have to say that representing these folks, we represent folks from other countries, and part of my job is to explain to them the laws of our country. And it's interesting to me that sometimes there's an expression of surprise at how difficult it is to do things such as convict people of crimes that are easy at home, that are done so quickly at home. And our laws are different in this regard. So with respect to interpreting these sentencing guidelines, I think that if it ---- if the Court should find that it is the intention of the U.S. Sentencing Commission to make a completion of a plea colloquy, the equivalent of a conviction, I would submit that absent the additional protections that are available after that occurs and before the entry of judgment is very unjust. It's unconstitutional. It lacks due process. Thank you. Kennedy. You wanted to say something. Your time, you're down a little over two minutes. You said you wanted three. You were down to two. Do you want to hold on to that? And let's hear from the government. I do, Your Honor. Thank you. Thank you. Good morning. Good morning, Your Honors. Erika Sager on behalf of the District of Arizona. The defendant in this case was convicted as defined under the sentencing guidelines. And when you look at Section 2L1.2, which is the applicable sentencing guideline in this case, it specifically refers for purposes of a 16 or 12-level enhancement back to Chapter 4 of the sentencing guidelines. The distinction being if the conviction receives criminal history points, there's a 16-level enhancement. If it does not, there's a 12-level enhancement. So in this case, when you look back at the definition under Chapter 4, the defendant was clearly convicted because he did, in fact, enter a plea of guilty, which was accepted by the New Jersey court. Do you have any clear authority from this Court that says when we are determining what a conviction is, we should look to the Federal definition of a conviction rather than the definition in the jurisdiction where the conviction happened here in New Jersey? Whether New Jersey considers this to be a conviction, is that something we should be looking at, or do you have an authority that says we really should define it under Federal law? Your Honor, there is not a direct case on point that I am aware of. However, there are numerous cases that this Court has talked about what the Court should look at as Federal law in interpreting sentencing guidelines and interpreting a Federal case. Whether or not something is a conviction under State law would be relevant in a State proceeding, but not in a Federal proceeding. With regard to Chapter 4, as the panel has already mentioned, the definition of conviction does include when a guilty plea has been entered. That is, in fact, what happened in this case. Mr. Mendez-Sosa is arguing that we should, that this panel should look at the definition of conviction under Title 8. I believe it's 8, United States Code, 1101A48A, which defines conviction for purposes of the INA. And when you look at Section 2L1.2, the way that the sentencing  commission has written it is that the 8-level enhancement applies to someone who has an aggravated felony conviction, which is also defined under 8 U.S.C. 1101A43 with various subsections. And so the sentencing commission specifically distinguishes between the 12-level and the 16-level enhancement versus the 8-level enhancement. So the sentencing commission has, based on their ability to, in fact, reference other statutory sections, has made it very clear that they intend Chapter 4 to apply to the 12-and-16-level enhancement and 8 U.S.C. 1101, the aggravated felony portion, to apply to the 8-level enhancement. And then the 4-level enhancement would be any other felony conviction. So what I take your opposing counsel to be saying, though, is that when the sentencing guidelines say that a guilty plea can be a conviction, they're just making clear that a guilty plea counts and no contender counts, and that he's saying you actually need to get to the final entry of judgment for it to really be a conviction of any sort at all. How do you respond to that? Your Honor, the plain language of 4A1.2a4 is clearly contemplating that situation where a defendant has been convicted but not yet sentenced. The answer to that is that the 4A1.2a4 is clearly contemplating that the 4A1.2a4 starts out where a defendant has been convicted of an offense but not yet sentenced. Such conviction shall be counted as if it constituted a prior sentence under 4A1.1c. And it goes on from there. And that is actually the second paragraph of that section of the sentencing guidelines that provides that then definition of convicted of an offense including a guilty plea. So the sentencing guidelines, by its plain language, specifically is contemplating a situation where a defendant has been convicted but not yet sentenced. Opposing counsel makes the suggestion, albeit not so much in the briefs, that this really lacks due process, that it is so preemptory, if you will, that it's unconstitutional. Do you have any comment on that? I understand it's not briefed, but what's your take on that? Your Honor, it's not something I'm prepared to address. I am happy to submit a letter to the panel addressing that, but it's not something that I'm prepared to address just off the top of my head. He didn't give us anything in writing either. I just was asking for any response that you might have, but no need that you have one. I guess I would just refer back to the plain language of the sentencing guidelines and the definition of conviction provided both in 4A1.2 and in the reference then from 2L1.2. And I gather, from your perspective, when we're interpreting the sentencing guidelines, we're bound by the sentencing guidelines. Yes, Your Honor. Okay. Unless the sentencing guidelines specifically reference another statutory scheme. And the reference that he makes, which is part of the INA, is a whole separate structure. It is, and it is specifically referenced, as I mentioned, in relation to the 8-level enhancement, not the 12 or the 16-level enhancement. Okay. Any other questions? No. Thank you. Thank you very much, counsel. You have some rebuttal time. Thank you, Your Honor. Just further to my point regarding the lack of finality here within the New Jersey Code, since the Court does ask about this, within the New Jersey Code we have the Rule 321-1, which talks about a motion to withdraw a plea of guilty, which again shows that in the posture of the case that Mr. Mendez-Sosa found himself, he was able, on his own motion, to withdraw his plea of guilt. That's also true, isn't it, counsel, of many Federal crimes as well. People withdraw their pleas all the time on the basis that it wasn't knowing and intelligent, et cetera, et cetera. Well, it is so, Judge. And as the Court knows perfectly well in the Federal system, in fact, a United States district court judge that they adopted, which does not occur until sentencing. So what's interesting here is that within the New Jersey system, it's unclear in looking at their rules as to exactly when they regard a sentence or a guilty plea as being final. And the transcript would be the same. Do you have any authority, though, for the idea that we should look to New Jersey's definition of conviction instead of Federal laws? I think that it would be important to look at the procedure, again, for due process, as your colleague had indicated. But you didn't make a due process argument in your brief, did you? And not only that, but we didn't find anything in New Jersey law that tells us one way or the other as to when in the process this occurs. I know what happens in Arizona State court. I know what happens in the United States district court. But I'm very concerned that in the New Jersey court, where it's similar to Arizona, an entry of judgment does not occur until sentencing. And I would note that the New Jersey court in the transcript, which this Court has, specifically contemplates further proceedings. They set further dates. It's very obvious that they're intending to continue work on this case. So, again, I'm extremely concerned that no conviction occurred here. Okay. Any other questions by my colleagues? Thank you both for your argument. The case just argued is submitted.
judges: Wallace, Smith, Friedland